FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2020

No. 04-20-00213-CV

**CITY OF SAN ANTONIO** and Erik Walsh,
Appellants

v.

**SAN ANTONIO PARK POLICE OFFICERS ASSOCIATION**, Henry Bassuk and
Rogelio Tamez,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-18334
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellees' brief was originally due July 20, 2020. Appellees' first motion for extension of time was granted, extending the deadline for filing the brief to September 18, 2020. On September 25, 2020, appellees filed their brief and a motion requesting an additional extension of time to file the brief until September 25, 2020, for a total extension of sixty-seven days. After consideration, we **GRANT** the motion. Appellees' brief is deemed timely filed as of September 25, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court